TRINIDAD CAMPOS, PETITIONER-PETITIONER, v. HENDRICKSON CONSTRUCTION COMPANY, RESPONDENT-RESPONDENT.

Mr. *Robert C. Gruhin* for the petitioner.

. Mr. *Isidor Kalisch* for the respondent.

September 21, 1959.   Denied.

CONCEPCION OLIVERA, PETITIONER-RESPONDENT, v. HATCO CHEMICAL COMPANY, RESPONDENT-PETITIONER.

See same case below:   55 *N. J. Super.* 336.

Mr. *Edward B. Meredith* for the petitioner.

Mr. *Louis Hoberman*, Mr. *Hyman Hoberman* and *Mr. Arnold M. Stein* for the respondent.

September 21, 1959.   Denied.